UNITED STATES of America

v.

Anthony PROVENZANO, Appellant.

No. 15317.

United States Court of Appeals Third Circuit.

Argued Nov. 15, 1965.

Decided Dec. 22, 1965.

Rehearing Denied Jan. 25, 1966.

Arthur Karger, New York City (Wilentz, Goldman & Spitzer, Perth Amboy, N. J., Warren W. Wilentz, Perth Amboy, N. J., Alfred Donati, Jr., Brooklyn, N. Y., on the brief), for appellant.

Richard A. Levin, Asst. U. S. Atty., Newark, N. J. (David M. Satz, Jr., U. S. Atty., Newark, N. J., on the brief), for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The District Court's Order Denying Defendant's Motion for a New Trial will be affirmed for the reasons so well stated by Judge Shaw in his Opinion reported at 240 F.Supp. 393 (D.N.J.1965).

LOCAL NO. 492, WOOD, WIRE AND METAL LATHERS UNION, Appellant,

v.

LOCAL NO. 53, WOOD, WIRE AND METAL LATHERS UNION, Wood, Wire and Metal Lathers International Union, Sal Maso, President of Wood, Wire and Metal Lathers International Union, and Harry Short, Assistant Business Agent for Local No. 53.

No. 15366.

United States Court of Appeals Third Circuit.

Argued Dec. 7, 1965.

Decided Dec. 17, 1965.

Rehearing Denied Jan. 26, 1966.

Benjamin Pomerantz, Philadelphia, Pa., for appellant.

Richard H. Markowitz, Philadelphia, Pa. (Louis H. Wilderman, Wilderman, Markowitz & Kirschner, Philadelphia, Pa., on the brief), for appellee Local 53, etc.

Before KALODNER, Chief Judge, and MARIS and FORMAN, Circuit Judges.

PER CURIAM.

On review of the record we find no error in the District Court's denial of the preliminary injunction sought by the plaintiff, Local No. 492, Wood, Wire and Metal Lathers Union.

Accordingly the action of the District Court will be affirmed.